IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMOTHY D. KENT                                             PLAINTIFF

V.                      NO. 1:05CV00027 SWW

JO ANNE B. BARNHART,                           DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff, through counsel, has filed an amended motion to dismiss this case (docket entry #8), stating that opposing counsel has been contacted and has no objection. Therefore, Plaintiff's amended motion (docket entry #8) is granted. His motion to dismiss (docket entry #7) is denied as moot. Judgment shall be entered dismissing this case without prejudice.

IT IS SO ORDERED this 8th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE