IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMOTHY D. KENT                                                        PLAINTIFF

V.                      NO. 1:05CV00027 SWW

JO ANNE B. BARNHART,                                  DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 8th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE